IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WILLIAM R. JACKSON, Jr., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.:  1:13-cv-2 (WLS) |
| | : | |
| ANTHONY WASHINGTON, Warden, | : | |
| | : | |
| Respondent. | : | |
| | : | |

### ORDER

Petitioner William R. Jackson Jr. moves the Court to reconsider the denial of his petition for a writ of habeas corpus and certificate of appealability. (Doc. 36.) He apparently contends that he followed the requisite procedures and that the state and federal courts are discriminatory. Jackson fails to support these allegations with evidence or argument, and an independent review of the record shows that his petition was untimely. His motion for reconsideration is therefore **DENIED**.[1]

Also pending is a Motion for Leave to Appeal *in Forma Pauperis*. (Doc. 38.) Because the Court previously denied Jackson a certificate of appealability (Doc. 34), however, his motion for leave to appeal *in forma pauperis* is **DENIED** as moot.

**SO ORDERED**, this   17th   day of January, 2014.

　　　　　　　　　　　　　　　　　　 /s/ W. Louis Sands
　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, JUDGE**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

---

[1] Even though Jackson filed a notice of appeal, the Court retains jurisdiction to deny his motion. *Mahone v. Ray*, 326 F.3d 1176, 1179–80 (11th Cir. 2003).